SYLVESTER J. WILSON, Respondent, v. THOMAS JEWELL, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE FIRST NATIONAL BANK OF CANTON, NEW YORK, Respondent, v. JOHN DONOHUE, Appellant, and Another.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

BYRON A. WILLIAMSON, Appellant, v. WILLIAM BYRON STANFORD, Respondent.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

WILLIAM SHERMAN and Another, Appellants, v. SHOLIEM JOLLOWSKY, RACHEL JOLLOWSKY, His Wife, and ABE ADLER, Respondents, Impleaded with Others.— Judgment unanimously affirmed, with costs. The court finds as a fact that the deed to Adler was given as security. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

CONO TIERNO and Others, Respondents, v. THE CHUCTANUNDA GAS LIGHT COMPANY, Appellant.— Judgment and order reversed on the law and new trial granted, with costs to appellant to abide the event, on the ground of an error in the charge on the question of *res ipsa loquitur*. Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ., concur.

SOPHRONIA MUNN, Respondent, v. WALTER H. EMPEY and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KIN HANNA, Appellant.— Order unanimously affirmed. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

MINNIE E. PATTERSON, as Administratrix, etc., of WILLIAM V. PATTERSON, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Sued as NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

RICHARD HOPKINS, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD TELLER, Appellant.— Motion granted, with ten dollars costs, unless, within twenty days, appellant perfects his appeal and pays said costs, in which event motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.